**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAUSHAL MEHTA, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK, AND MARIANNE LAKE,<br><br>      Defendants. | **CASE No.: 1:20-cv-05124-ENV-RML**<br><br>**NOTICE OF MOTION AND MOTION OF JULIUS PAPPAS TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| RICHARD LOBEVERO, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK, and MARIANNE LAKE,<br><br>      Defendants. | **CASE No.: 1:20-cv-05590-EK-RER**<br><br>**CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Julius Pappas ("Movant") hereby moves this Court, the Honorable Eric N. Vitaliano, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)    consolidating the related actions;

(b)    appointing Movant to serve as Lead Plaintiff in this action; and

(c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law, dated December 23, 2020 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Section III.D of the Court's Individual Motion Practice and Rules ("Individual Practices") requires movants to file motions after they are fully briefed (the "Bundling Rule"). Due to the lead plaintiff procedure of the PSLRA, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Accordingly, Movant respectfully requests that the Bundle Rule under Section III.D of the Court's Individual Practices be waived.

Dated: December 23, 2020                  Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Phillip Kim
                                          Phillip Kim, Esq. (PK 9384)
                                          Laurence M. Rosen, Esq. (LR 5733)
                                          275 Madison Avenue, 40th Floor
                                          New York, New York 10016
                                          Telephone: (212) 686-1060

Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim