UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KAUSHAL MEHTA, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-05124-ENV-RML |
| | : | |
| Plaintiff, | : | CLASS ACTION |
| | : | |
| vs. | : | |
| | : | |
| JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK and MARIANNE LAKE, | : | |
| | : | |
| Defendants. | : | |
| RICHARD LOBEVERO, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-05590-EK-RER |
| | : | |
| Plaintiff, | : | CLASS ACTION |
| | : | |
| vs. | : | |
| | : | |
| JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK and MARIANNE LAKE, | : | |
| | : | |
| Defendants. | : | |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4825-1051-3621.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, the City of Ann Arbor Employees' Retirement System (the "Retirement System") will respectfully move this Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11202, for entry of an order pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned related securities class actions; (2) appointing the Retirement System as Lead Plaintiff; and (2) approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, the Retirement System submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 23, 2020                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                             SAMUEL H. RUDMAN
                                             DAVID A. ROSENFELD


                                             _____
                                                    s/ David A. Rosenfeld
                                                 DAVID A. ROSENFELD

---

[1]    Counsel for the Retirement System is aware of this Court's requirement for motion-related papers not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  *See* 15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on October 24, 2020, and all motions are due by December 23, 2020.  Additionally, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Retirement System cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on December 23, 2020.  Accordingly, the Retirement System's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 37.3(a) be waived due to the fact that the Retirement System cannot confer with unknown movants.

4825-1051-3621.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

4825-1051-3621.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 23, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4825-1051-3621.v1

# Mailing Information for a Case 1:20-cv-05124-ENV-RML Mehta v. JPMorgan Chase & Co. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`