UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
KAUSHAL MEHTA, Individually and on　　:　Civil Action No. 1:20-cv-05124-ENV-RML
Behalf of All Others Similarly Situated,　:
　　　　　　　　　　　　　　　　　　　:　CLASS ACTION
　　　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　vs.　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
JPMORGAN CHASE & CO., JAMES　　　　 :
DIMON, JENNIFER PIEPSZAK and　　　　　:
MARIANNE LAKE,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　:
———————————————————— x
RICHARD LOBEVERO, Individually and on　:　Civil Action No. 1:20-cv-05590-EK-RER
Behalf of All Others Similarly Situated,　:
　　　　　　　　　　　　　　　　　　　:　CLASS ACTION
　　　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　vs.　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
JPMORGAN CHASE & CO., JAMES　　　　 :
DIMON, JENNIFER PIEPSZAK and　　　　　:
MARIANNE LAKE,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　:
———————————————————— x

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD
PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4843-0357-8581.v1

Having considered City of Ann Arbor Employees' Retirement System's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Mehta v. JPMorgan Chase & Co.*, No. 1:20-cv-05124-ENV-RML; and *Lobevero v. JPMorgan Chase & Co.*, No. 1:20-cv-05590-EK-RER, are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re JPMORGAN CHASE & CO. LITIGATION | ) Master File No. 1:20-cv-5124-ENV-RML |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

(a)      The file in Case No. 1:20-cv-5124-ENV-RML shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:"  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions arising out of the same (or substantially similar) alleged misconduct on behalf of purchasers of JPMorgan Chase & Co. securities during the same (or substantially similar) Class Period subsequently filed in, or transferred to, this District shall be

- 1 -

consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    City of Ann Arbor Employees' Retirement System is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.    Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the conduct of any and all discovery proceedings;

(c)    the examination of any and all witnesses in depositions;

(d)    the selection of counsel to act as spokesperson at all pretrial conferences;

(e)    the organization of meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)    settlement negotiations with counsel for defendants;

(g)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(h)    the preparation and filing of all pleadings; and

(i)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

4843-0357-8581.v1

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

4843-0357-8581.v1