UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAUSHAL MEHTA, Individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK, and MARIANNE LAKE,<br><br>                     Defendants. | Case No.  1:20-cv-05124-ENV-RML<br><br>Oral Argument Requested<br><br>**NOTICE OF MOTION OF RICHARD LOBEVERO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| RICHARD LOBEVERO, Individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>JPMORGAN CHASE & CO., JAMES DIMON, JENNIFER PIEPSZAK, and MARIANNE LAKE,<br><br>                     Defendants. | Case No.  1:20-cv-05590-EK-RER |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Richard Lobevero ("Lobevero"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Lobevero as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired JPMorgan Chase & Co. securities between February 23, 2016 and September 23, 2020, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  December 23, 2020                                  Respectfully submitted,

                                                          **POMERANTZ LLP**

                                                          */s/ Jeremy A. Lieberman*
                                                          Jeremy A. Lieberman
                                                          J. Alexander Hood II
                                                          600 Third Avenue
                                                          New York, New York 10016
                                                          Telephone: (212) 661-1100
                                                          Facsimile: (212) 661-8665
                                                          jalieberman@pomlaw.com
                                                          ahood@pomlaw.com

                                                          **POMERANTZ LLP**
                                                          Patrick V. Dahlstrom
                                                          10 South LaSalle Street, Suite 3505
                                                          Chicago, Illinois 60603
                                                          Telephone: (312) 377-1181
                                                          Facsimile: (312) 377-1184
                                                          pdahlstrom@pomlaw.com

                                                          *Counsel for Richard Lobevero and Proposed*
                                                          *Lead Counsel for the Class*

                                                          **BRONSTEIN, GEWIRTZ &**
                                                          **GROSSMAN, LLC**
                                                          Peretz Bronstein
                                                          60 East 42nd Street, Suite 4600
                                                          New York, New York 10165

1

Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Richard Lobevero*