**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION | **CASE No.: 1:20-cv-05124-ENV-RML** |

**STIPULATION AND [PROPOSED] ORDER:**
**(1) ACCEPTING SERVICE AND**
**(2) AGREEING TO SCHEDULE FOR CONSOLIDATED**
**AMENDED COMPLAINT AND RESPONSE THERETO**

WHEREAS, the securities class action titled *Mehta v. JPMorgan Chase & Co., et al.*, 1:20-cv-05124-ENV-RML (E.D.N.Y.) ("*Mehta* Action") was commenced on October 24, 2020 on behalf of investors that purchased or otherwise acquired the securities of JPMorgan Chase & Co. ("JPMorgan" or the "Company") from February 23, 2016 through September 23, 2020, both dates inclusive (the "Class Period");

WHEREAS, the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.* govern the *Mehta* Action and the related, subsequently filed action, *Lobevero v. JPMorgan Chase & Co., et al.*, 1:20-cv-05590-EK-RER (E.D.N.Y.) ("*Lobevero* Action" and with the *Mehta* Action, "Consolidated Actions");

WHEREAS, The Rosen Law Firm, P.A., counsel to plaintiff in the *Mehta* Action, had communicated with counsel for Defendants with regard to waiver of service in the *Mehta* Action;

WHEREAS, by Order dated January 23, 2021, this Court granted movants' motion (ECF No. 13) to consolidate the *Mehta* Action with the *Lobevero* Action, to create a new caption for these Consolidated Actions, *In re JPMorgan Chase & Co Securities Litigation*, Master File No. 1:20-cv-05124-ENV-RML, to appoint Co-Lead Plaintiffs, and to approve their selection of Co-Lead Counsel;

WHEREAS, Co-Lead Counsel have met and conferred with counsel for Defendants with respect to waiver of service under Fed. R. Civ. P. 4(d) for all Defendants and a schedule for the filing of and response to Co-Lead Plaintiffs' consolidated amended complaint; and

WHEREAS, in light of the foregoing, the parties agree that to achieve efficiency for the Court and the parties in proceeding under the PSLRA, Defendants should not answer or otherwise respond to the complaints in either the *Mehta* Action or the *Lobevero* Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Pursuant to Fed. R. Civ. P. 4(d), Defendants waive service of process and any right to seek dismissal for insufficient process under Fed. R. Civ. P. 12(b)(4) or insufficient service of process under Fed. R. Civ. P. 12(b)(5). Defendants, however, do not waive and expressly retain all other rights and defenses in these Consolidated Actions.

2. Defendants shall not be required to answer or otherwise respond to either initial complaint in the *Mehta* Action or the *Lobevero* Action.

3. Co-Lead Plaintiffs will file their consolidated amended complaint on or before March 24, 2021.

4. Defendants shall answer or move to dismiss Co-Lead Plaintiffs' consolidated amended complaint on or before May 25, 2021.

5. If Defendants move to dismiss Co-Lead Plaintiffs' consolidated amended complaint, Co-Lead Plaintiffs will file their opposition to that motion on or before July 9, 2021 and Defendants shall file a reply in further support of their motion to dismiss on or before August 10, 2021.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

SO STIPULATED, this 29th day of January 2021:

| **SULLIVAN & CROMWELL LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|---|---|
| /s/ *Robert A. Sacks*<br>Robert A. Sacks<br>Amanda F. Davidoff<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Email: sacksr@sullcrom.com<br>Email: davidoffa@sullcrom.com<br><br>*Counsel for Defendants JPMorgan Chase & Co., James Dimon, Jennifer Piepszak, and Marianne Lake* | /s/ *Michael Capeci*<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Michael Capeci<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>Email: srudman@rgrdlaw.com<br>Email: drosenfeld@rgrdlaw.com<br>Email: mcapeci@rgrdlaw.com<br><br>THE ROSEN LAW FIRM, P.A.<br><br>/s/ *Jacob A. Goldberg*<br>Philip Kim<br>Jacob A. Goldberg<br>Leah Heifetz-Li<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Tel.: (215) 600-2817<br>Fax: (212) 202-3827<br>Email: pkim@rosenlegal.com<br>Email: jgoldberg@rosenlegal.com<br>Email: lheifetz@rosenlegal.com<br><br>*Co-Lead Counsel for Lead Plaintiffs Julius Papas, the City of Ann Arbor Employees' Retirement System and Richard Lobevero* |

SO ORDERED:

This ___ day of _____, 2021    _____
                                            THE HONORABLE ROBERT M. LEVY
                                            UNITED STATES MAGISTRATE JUDGE

4