UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re JPMORGAN CHASE & CO. SECURITIES LITIGATION | x : : : : | Master File No. 1:20-cv-05124-ENV-RML CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | : : : : : x | DECLARATION OF MICHAEL G. CAPECI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT |

DATE OF SERVICE: JULY 30, 2021

I, Michael G. Capeci, declare under penalty of perjury as follows:

1.      I am a member of the firm of Robbins Geller Rudman & Dowd LLP, counsel for Co-Lead Plaintiff City of Ann Arbor Employees' Retirement System and Plaintiff Michiana Area Electrical Workers' Pension Fund (with Co-Lead Plaintiff Julius Pappas, "Plaintiffs") in the above-captioned action, and am admitted to practice before this Court.

2.      I respectfully submit this Declaration in support of Plaintiffs' opposition to the motions to dismiss the Second Amended Complaint filed by defendants: (i) JPMorgan Chase & Co. ("JPM"), James Dimon, and Marianne Lake; (ii) Christian Trunz; and (iii) Gregg Smith and Michael Nowak.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the docket of the litigation captioned *In re JPMorgan Precious Metals Spoofing Litigation*, Case No. 1:18-cv-10356-GHW (S.D.N.Y.), last updated July 30, 2021.

1.      Attached hereto as Exhibit 2 is a true and correct copy of a letter, dated July 12, 2021, filed in the litigation captioned *In re JPMorgan Precious Metals Spoofing Litigation*, Case No. 1:18-cv-10356-GHW (S.D.N.Y.).

2.       Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the annual report of JPM for the fiscal year ended December 31, 2015, filed on Form 10-K with the Securities and Exchange Commission ("SEC") on February 23, 2016.

3.       Attached hereto as Exhibit 4 is a true and correct copy of the SEC Press Release entitled "Elon Musk Charged With Securities Fraud for Misleading Tweets," dated September 27, 2018.

4.       Attached hereto as Exhibit 5 is a true and correct copy of "Defendants' Disclosure of Non-Retained Expert Witness Not Required to Provide Written Report," dated March 1, 2018, that was filed on November 19, 2018 in the litigation captioned *Shak v. JPMorgan Chase & Co.*, 1:15-cv-00992-LJL (S.D.N.Y.).

5.       Attached hereto as Exhibit 6 is a true and correct copy of the Memorandum of Law in Support of Defendant JPMorgan Chase & Co.'s Motion to Dismiss the Amended Complaint, filed in the litigation captioned *Turnbull v. JPMorgan Chase & Co.*, Case No. 1:21-cv-03217-JGK (S.D.N.Y.), on July 16, 2021.

6.       Attached hereto as Exhibit 7 is a true and correct copy of the United Kingdom Employment Tribunals Judgment on Liability in the case captioned *Bradley Jones v. JP Morgan Securities PLC*, Case Number 3201630/2020 V, dated June 29, 2021.

DATED: July 30, 2021                          */s/ Michael G. Capeci*
                                                      MICHAEL G. CAPECI

CERTIFICATE OF SERVICE

I, Michael G. Capeci, hereby certify that on July 30, 2021, I authorized a true and correct copy of the foregoing document to be served on defense counsel via electronic mail.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI