# EXHIBIT 1

**In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)**

---

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW
COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 07/30/2021**

**Current Date:** 7/30/2021

**Source:**     U.S. District Court, Southern District of New York (Foley Square)

| | |
|---|---|
| **Court:** | U.S. District Court, Southern District of New York (Foley Square) |
| **Case Title:** | In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION |
| **Case:** | 1:18-CV-10356 |
| **Judge:** | Judge Gregory H. Woods |
| **Date Filed:** | 11/07/2018 |
| **Case Status:** | STAYED, ECF, LEAD |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 1:18CV10356 |
| **Jury Demand:** | Plaintiff |
| **Nature of Suit:** | Other Statutes: Securities/Commodities/Exchange (850) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 7 USC 6(b) Federal Commodity Exchange Regulation |
| **Lead Docket:** | 1:18-CV-106281:18-CV-106341:18-CV-107551:18-CV-116291:18-CV-111151:18-CV-11458 |

---

**WESTLAW**    © 2021 Thomson Reuters. No claim to original U.S. Government Works.                     1

In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)

**CALENDAR INFORMATION**
View Calendar Information

**DOCKET PROCEEDINGS (83)**

| Entry #: | Date: | Description: | |
|----------|-------|-------------|--|
| 73 | 07/13/2021 | MEMO ENDORSEMENT on re: 72 Letter filed by Dominick Cognata. ENDORSEMENT: Application granted. The stay in this action is modified to include the following limited exceptions: Plaintiffs are permitted to serve a subpoena on the CME Group Inc. pursuant to FRCP 45, and the parties are permitted to take any further steps necessary to seek approval from the Court of their settlement, pursuant to FRCP 23. (Signed by Judge Gregory H. Woods on 7/12/2021) (cf) (Entered: 07/13/2021) | View Add to request |
| 72 | 07/12/2021 | LETTER addressed to Judge Gregory H. Woods from Vincent Briganti dated July 12, 2021 re: Request for Modification of Stay. Document filed by Dominick Cognata..(Briganti, Vincent) (Entered: 07/12/2021) | View Add to request |
| 71 | 05/16/2021 | ORDER granting 70 Letter Motion to Stay re: 70 MOTION to Stay . The stay in this case is extended through December 15, 2021 in light of the trial scheduled for October 2021 in United States v. Smith, et al., Case No. 19 CR 669 (N.D. I11.). Any request for an extension of the stay is due no later than December 1, 2021. The Clerk of | View Add to request |

**In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)**

| | | | |
|---|---|---|---|
| | | Court is directed to terminate the motion pending at Dkt. No. 70. SO ORDERED. (Signed by Judge Gregory H. Woods on 5/16/2021) (rro) (Entered: 05/17/2021) | |
| 70 | 05/15/2021 | MOTION to Stay . Document filed by United States of America..(Sullivan, Matthew) (Entered: 05/15/2021) | View Add to request |
| 63 | 06/25/2020 | ORDER granting (60) Motion to Stay in case 1:18-cv-10356-GHW. The stay in this case is extended through May 30, 2021 in light of the trial scheduled for April 2021 in United States v. Smith, et al., Case No. 19 CR 669 (N.D. Ill.). Any request for an extension of the stay is due no later than May 15, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60. SO ORDERED. (Signed by Judge Gregory H. Woods on 6/25/2020) Filed In Associated Cases: 1:18-cv-10356-GHW et al. (rro) Modified on 6/26/2020 (rro). (Entered: 06/26/2020) | View Add to request |
| 62 | 06/23/2020 | LETTER addressed to Judge Gregory H. Woods from Vincent Briganti dated June 23, 2020 re: Extension of Stay. Document filed by Yuri Alishaev, Robert Charles Class A, L.P., Dominick Cognata, Abraham Jeremias, Morris Jeremias, Kevin Maher, Mark Serri, casey Sterk, Robert L. Teel..(Briganti, Vincent) (Entered: 06/23/2020) | View Add to request |
| 61 | 06/23/2020 | LETTER addressed to Judge | View Add to request |

Gregory H. Woods from Amanda F. Davidoff dated June 23, 2020 re: Extension of Stay. Document filed by JPMorgan Chase & Co...(Davidoff, Amanda) (Entered: 06/23/2020)

| 60 | 06/23/2020 | MOTION to Stay . Document filed by United States of America..(Sullivan, Matthew) (Entered: 06/23/2020) | View Add to request |

| 57 | 12/03/2019 | ORDER: On November 19, 2019, this Court stayed the lead case in this litigation until June 30, 2020. No. 18-cv-10356, Dkt. No. 55. The stay in the lead case applies equally to the related and consolidated cases: No. 18-cv-10628, No. 18-cv-10634, No. 18-cv-10755, No. 18-cv-11115, No. 18-cv-11629, and No. 18-cv-11458. Consistent with this Court's Memorandum Opinion and Order of November 19, 2019 in the lead case, all the cases are stayed until June 30, 2020. The parties should report to the Court by June 23, 2020 as to whether the stay should be continued. The Clerk is directed to close all open motions in the cases. SO ORDERED. (Signed by Judge John G. Koeltl on 12/3/2019) Filed In Associated Cases: 1:18-cv-10356-JGK et al.(ks) (Entered: 12/03/2019) | View Add to request |

| 55 | 11/19/2019 | MEMORANDUM OPINION AND ORDER re: 48 MOTION to Stay . filed by United States of America. For the reasons explained above, this litigation is stayed until June 30, 2020. The | View Add to request |

**In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)**

parties are to report to the Court by June 23, 2020 as to whether the stay should be continued. The request for preliminary discovery is denied. The Clerk is directed to close Docket No. 48. SO ORDERED. Case stayed. (Signed by Judge John G. Koeltl on 11/19/2019) (kv) (Entered: 11/19/2019)

| | | | |
|---|---|---|---|
| 49 | 11/04/2019 | ORDER granting 47 Letter Motion for Leave to File Document. (1) Plaintiffs (and any other partner) may respond to the Government motion for a stay (Doc. No. 48) by November 7, 2019. The Government may reply by November 13, 2019. The case is stayed pending the Court's decision on the motion to stay. (2) The Clerk should close Docket No. 47. SO ORDERED. (Signed by Judge John G. Koeltl on 11/2/2019) (ks) (Entered: 11/04/2019) | View Add to request |
| | 11/04/2019 | Set/Reset Deadlines: Responses due by 11/7/2019 Replies due by 11/13/2019. (ks) (Entered: 11/04/2019) | Send Runner to Court |
| 48 | 10/31/2019 | MOTION to Stay . Document filed by United States of America.Filed In Associated Cases: 1:18-cv-10356-JGK et al.(Sullivan, Matthew) (Entered: 10/31/2019) | View Add to request |
| 43 | 05/30/2019 | MEMO ENDORSEMENT granting 40 Motion to Stay. ENDORSEMENT: The application is granted. SO ORDERED. (Signed by Judge John G. Koeltl on 5/30/2019) | View Add to request |

**In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)**

---

(ks) (Entered: 05/31/2019)

| 40 | 05/29/2019 | MOTION to Stay . Document filed by United States of America.Filed In Associated Cases: 1:18-cv-10356-JGK et al.(Sullivan, Matthew) (Entered: 05/29/2019) | View Add to request |
| --- | --- | --- | --- |
| 37 | 03/27/2019 | MEMO ENDORSEMENT on re: 27 MOTION to Seal . filed by United States of America. ENDORSEMENT: Application Granted. So Ordered. (Signed by Judge John G. Koeltl on 3/23/19) (yv) Transmission to Sealed Records Clerk for processing. (Entered: 03/27/2019) | View Add to request |
| 36 | 03/25/2019 | MEMO ENDORSEMENT UNOPPOSED MOTION OF THE UNITED STATES TO INTERVENE AND TO STAY: ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 3/23/2019) (ks) Modified on 3/26/2019 (ks). (Entered: 03/25/2019) | View Add to request |

| 35 | 03/25/2019 | MEMO ENDORSED ORDER in case 1:18-cv-10356-JGK; granting (20) Motion to Seal in case 1:18-cv-10628-JGK. ENDORSEMENT: Application Granted. So Ordered. (Signed by Judge John G. Koeltl on 3/23/19) Filed In Associated Cases: 1:18-cv-10356-JGK, 1:18-cv-10628-JGK (yv) Transmission to Sealed Records Clerk for processing. (Entered: 03/25/2019) | View Add to request |
| 29 | 02/26/2019 | MEMO ENDORSED ORDER granting 26 Motion to Intervene. Application Granted. The case is stayed until 5/31/19. The Clerk is directed to close Docket No. 26. So Ordered. (Signed by Judge John G. Koeltl on 2/25/19) (yv) (Entered: 02/26/2019) | View Add to request |
| 28 | 02/26/2019 | MEMO ENDORSED ORDER granting 27 Motion to Seal. ENDORSEMENT; The application is granted. The Clerk is directed to close Docket No. 27. So Ordered. (Signed by Judge John G. Koeltl on 2/25/19) (yv) Transmission to Sealed Records Clerk for processing. (Entered: 02/26/2019) | View Add to request |
|  | 02/26/2019 | Case Stayed (yv) (Entered: 02/26/2019) | Send Runner to Court |
| 27 | 02/21/2019 | MOTION to Seal . Document filed by United States of America.Filed In Associated Cases: 1:18-cv-10356-JGK, 1:18-cv-10628-JGK, 1:18-cv-10634-JGK, | View Add to request |

**In Re: JPMORGAN PRECIOUS METALS SPOOFING LITIGATION, 1:18CV10356 (2018)**

|     |            |                                                                                                                                                                                                                                                                                                      |                      |
| --- | ---------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------- |
|     |            | 1:18-cv-10755-JGK, 1:18-cv-11115-JGK(Perry, Avi) (Entered: 02/21/2019)                                                                                                                                                                                                                                  |                      |
| 26  | 02/21/2019 | MOTION to Intervene and to Stay. Document filed by United States of America.Filed In Associated Cases: 1:18-cv-10356-JGK, 1:18-cv-10628-JGK, 1:18-cv-10634-JGK, 1:18-cv-10755-JGK, 1:18-cv-11115-JGK(Perry, Avi) (Entered: 02/21/2019)                                                                    | View Add to request  |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW
COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                              © 2021 Thomson Reuters. No claim to original U.S. Government Works.