# EXHIBIT 2

LOWEY DANNENBERG, P.C.

July 12, 2021

**MEMORANDUM ENDORSED**

<u>**VIA ECF**</u>

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2021

    Re:    ***In re JPMorgan Precious Metals Spoofing Litigation***,
        <u>No. 18-cv-10356 (GHW) (S.D.N.Y.)</u>

Dear Judge Woods:

    We represent Plaintiffs in the above-captioned matter. We write, with the consent of Defendant JPMorgan Chase & Co. ("JPMorgan"), to inform the Court that Plaintiffs and JPMorgan have signed a confidential, binding settlement term sheet to resolve the action. The confidential term sheet, which was executed on May 20, includes an agreement to negotiate, finalize, and file formal settlement documents within 90 days. If approved by the Court, the settlement will resolve this action in its entirety.

    As a result, and to effectuate the terms of the agreement, Plaintiffs and JPMorgan request, without objection from the U.S. Department of Justice, that the Court modify the stay currently in place in this action to authorize: (1) Plaintiffs to serve a subpoena on the CME Group Inc. pursuant to FED. R. CIV. P. 45; and (2) the parties to take any further steps necessary to seek approval from the Court of the settlement pursuant to FED. R. CIV. P. 23.

    We are available to discuss this matter further at the Court's convenience.

        Respectfully,

        /s/ Vincent Briganti
        Vincent Briganti

cc:    All Counsel of Record (via ECF)

Application granted. The stay in this action is modified to include the following limited exceptions: Plaintiffs are permitted to serve a subpoena on the CME Group Inc. pursuant to FRCP 45, and the parties are permitted to take any further steps necessary to seek approval from the Court of their settlement, pursuant to FRCP 23.

SO ORDERED.

Dated: July 12, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p): 610-941-2760  (f): 610-862-9777