# EXHIBIT 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-K

**Annual report pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

**For the fiscal year ended**

**December 31, 2015**

**Commission file**

**number 1-5805**

# JPMorgan Chase & Co.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **13-2624428** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. employer identification no.)** |
| **270 Park Avenue, New York, New York** | **10017** |
| **(Address of principal executive offices)** | **(Zip code)** |

**Registrant's telephone number, including area code: (212) 270-6000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common stock | The New York Stock Exchange |
| | The London Stock Exchange |
| Warrants, each to purchase one share of Common Stock | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 5.50% Non-Cumulative Preferred Stock, Series O | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 5.45% Non-Cumulative Preferred Stock, Series P | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 6.70% Non-Cumulative Preferred Stock, Series T | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 6.30% Non-Cumulative Preferred Stock, Series W | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 6.125% Non-Cumulative Preferred Stock, Series Y | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 6.10% Non-Cumulative Preferred Stock, Series AA | The New York Stock Exchange |
| Depositary Shares, each representing a one-four hundredth interest in a share of 6.15% Non-Cumulative Preferred Stock, Series BB | The New York Stock Exchange |
| Alerian MLP Index ETNs due May 24, 2024 | NYSE Arca, Inc. |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.☐Yes☒No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 orSection 15(d)of the Act.☐Yes☒No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or15(d)of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.☒Yes☐No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).☒Yes☐No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of thisForm 10-Kor any amendment to thisForm 10-K.☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

☒ Large accelerated filer          ☐ Accelerated filer          ☐ Non-accelerated filer          ☐ Smaller reporting company
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).☐Yes☒No

The aggregate market value of JPMorgan Chase & Co. common stock held by non-affiliates as of June 30, 2015: $249,201,931,877

Number of shares of common stock outstanding as of January 31, 2016: 3,670,264,897

Documents incorporated by reference: Portions of the registrant's Proxy Statement for the annual meeting of stockholders to be held on May 17, 2016, are incorporated by reference in this Form 10-K in response to Items 10, 11, 12, 13 and 14 of Part III.

# Form 10-K Index

**Part I**                                                                                                    **Page**

Item 1    Business                                                                                                1
          Overview                                                                                               1
          Business segments                                                                                      1
          Competition                                                                                            1
          Supervision and regulation                                                                             1
          Distribution of assets, liabilities and stockholders' equity; interest rates and interest differentials    316–320
          Return on equity and assets                                                                   66, 309, 316
          Securities portfolio                                                                                 321
          Loan portfolio                                                                       112–129, 242–261, 322–327
          Summary of loan and lending-related commitments loss experience                      130–132, 262–265, 328–329
          Deposits                                                                                         278,330
          Short-term and other borrowed funds                                                                331
Item 1A   Risk factors                                                                                        8–18
Item 1B   Unresolved SEC Staff comments                                                                        18
Item 2    Properties                                                                                            19
Item 3    Legal proceedings                                                                                     19

| | | |
|---|---|---|
| Item 4 | Mine safety disclosures | 19 |

**Part II**

| | | |
|---|---|---|
| Item 5 | Market for registrant's common equity, related stockholder matters and issuer purchases of equity securities | 20 |
| Item 6 | Selected financial data | 20 |
| Item 7 | Management's discussion and analysis of financial condition and results of operations | 20 |
| Item 7A | Quantitative and qualitative disclosures about market risk | 20 |
| Item 8 | Financial statements and supplementary data | 21 |
| Item 9 | Changes in and disagreements with accountants on accounting and financial disclosure | 21 |
| Item 9A | Controls and Procedures | 21 |
| Item 9B | Other information | 21 |

**Part III**

| | | |
|---|---|---|
| Item 10 | Directors, executive officers and corporate governance | 22 |
| Item 11 | Executive compensation | 23 |
| Item 12 | Security ownership of certain beneficial owners and management and related stockholder matters | 23 |
| Item 13 | Certain relationships and related transactions, and director independence | 23 |
| Item 14 | Principal accounting fees and services | 23 |

**Part IV**

| | | |
|---|---|---|
| Item 15 | Exhibits, financial statement schedules | 24–27 |

## Part I

## ITEM 1: BUSINESS

**Overview**

JPMorgan Chase & Co.,("JPMorgan Chase" or the "Firm") a financial holding company incorporated under Delaware law in 1968, is a leading global financial services firm and one of the largest banking institutions in the United States of America ("U.S."), with operations worldwide; the Firm had $2.4 trillion in assets and $247.6 billion in stockholders' equity as of December 31, 2015. The Firm is a leader in investment banking, financial services for consumers and small businesses, commercial banking, financial transaction processing and asset management. Under the J.P. Morgan and Chase brands, the Firm serves millions of customers in the U.S. and many of the world's most prominent corporate, institutional and government clients.

JPMorgan Chase's principal bank subsidiaries are JPMorgan Chase Bank, National Association ("JPMorgan Chase Bank, N.A."), a national banking association with U.S. branches in 23 states, and Chase Bank USA, National Association ("Chase Bank USA, N.A."), a national banking association that is the Firm's credit card-issuing bank.

JPMorgan Chase's principal nonbank subsidiary is J.P. Morgan Securities LLC ("JPMorgan Securities"), the Firm's U.S. investment banking firm. The bank and nonbank subsidiaries of JPMorgan Chase operate nationally as well as through overseas branches and subsidiaries, representative offices and subsidiary foreign banks. One of the Firm's principal operating subsidiaries in the United Kingdom ("U.K.") is J.P. Morgan Securities plc, a subsidiary of JPMorgan Chase Bank, N.A.

The Firm's website is www.jpmorganchase.com. JPMorgan Chase makes available free of charge, through its website, annual reports on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K pursuant to Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as soon as reasonably practicable after it electronically files such material with, or furnishes such material to, the U.S. Securities and Exchange Commission (the "SEC"). The Firm has adopted, and posted on its website, a Code of Conduct for all employees of the Firm and a Code of Ethics for its Chairman and Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer and all other professionals of the Firm worldwide serving in a finance, accounting, tax or investor relations role.

### Business segments

JPMorgan Chase's activities are organized, for management reporting purposes, into four major reportable business segments, as well as a Corporatesegment. The Firm's consumer business is the Consumer & Community Banking ("CCB") segment. The Firm's wholesale business segments are Corporate & Investment Bank ("CIB"), Commercial Banking ("CB"), and Asset Management ("AM").

A description of the Firm's business segments and the products and services they provide to their respective client bases is provided in the "Business segment results" section of Management's discussion and analysis of financial condition and results of operations ("MD&A"), beginning on page 68 and in Note 33.

### Competition

JPMorgan Chase and its subsidiaries and affiliates operate in a highly competitive environment. Competitors include other banks, brokerage firms, investment banking companies, merchant banks, hedge funds, commodity trading companies, private equity firms, insurance companies, mutual fund companies, investment managers, credit card companies, mortgage banking companies, trust companies, securities processing companies, automobile financing companies, leasing companies, e-commerce and other Internet-based companies, financial technology companies, and other companies engaged in providing similar products and services. The Firm's businesses generally compete on the basis of the quality and variety of the Firm's products and services, transaction execution, innovation, reputation and price. Competition also varies based on the types of clients, customers, industries and geographies served. With respect to some of its geographies and products, JPMorgan Chase competes globally; with respect to others, the Firm competes on a national or regional basis. The Firm's ability to compete also depends on its ability to attract and retain professional and other personnel, and on its reputation.

It is likely that competition in the financial services industry will become even more intense as the Firm's businesses continue to compete with other financial institutions that may have a stronger local presence in certain geographies or that operate under different rules and regulatory regimes than the Firm, or with companies that provide new or innovative products or services that the Firm is unable to provide.