**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 1:20-cv-05124-ENV-RML<br><br>**CLASS ACTION**<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANTS GREGG SMITH AND MICHAEL NOWAK'S JOINT MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Joint Motion To Dismiss Plaintiffs' Second Amended Complaint, Defendants Gregg Smith and Michael Nowak will move this Court before the Honorable Eric N. Vitaliano, United States District Judge for the United States District Court for the Eastern District of New York, at the United States Court House, at Cadman Plaza East, Brooklyn, New York 11201, at a date to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) dismissing, with prejudice and without leave to amend, the above-captioned action because, *inter alia*, the allegations in the Plaintiffs' Second Amended Complaint fail to state a claim upon which relief can be granted, and for any other relief this Court deems just and proper.

Dated: June 15, 2021
New York, New York


/s/ Jonathan D. Cogan
Jonathan D. Cogan
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Jonathan.Cogan @kobrekim.com
(212) 488-1206
*Counsel for Gregg Smith*

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Scott.Musoff@skadden.com
(212) 735-3000
(212) 735-2000
*Counsel for Michael Nowak*

2