UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

In re JPMORGAN CHASE & CO.          :   Master File No. 1:20-cv-05124-ENV-RML
SECURITIES LITIGATION               :
                                    :
————————————————————               :
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                    :
                                    :
———————————————————— x

**STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL**

WHEREAS, on December 18, 2023, the Court issued a Memorandum and Order granting Defendants' motions to dismiss the amended complaint in the above-captioned action, in part with prejudice and in part without prejudice, with leave to file an amended complaint within 30 days of the entry of the Memorandum and Order;

WHEREAS, no Judgment has been entered by the Court;

WHEREAS, no party contends that any other party has failed to comply with Rule 11(b) of the Federal Rules of Civil Procedure; and

WHEREAS, counsel for the parties have met and conferred and determined that it is in all parties' best interests to resolve this matter without further litigation, including without a further amended complaint or any appeal;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, that:

1.      The above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2.      The parties shall bear their own attorneys' fees, costs and expenses in connection with the above-captioned action.

1

Dated: January 22, 2024

ROBBINS GELLER RUDMAN
    & DOWD LLP

By: _Samuel H. Rudman w/p_

    Samuel H. Rudman
    David A. Rosenfeld
    Michael G. Capeci
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Plaintiffs City of Ann Arbor
Employees' Retirement System and Michiana
Area Electrical Workers' Pension Fund and
the Class*

SULLIVAN & CROMWELL LLP

By: _Robert A. Sacks w/p_

    Robert A. Sacks
    Amanda F. Davidoff
    Jonathan S. Carter
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
sacksr@sullcrom.com
davidoffa@sullcrom.com
carterjo@sullcrom.com

*Counsel for Defendants JPMorgan Chase &
Co., James Dimon and Marianne Lake*

THE ROSEN LAW FIRM, P.A.

By: _Jacob A. Goldberg w/p_

    Jacob A. Goldberg
    Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: 215/600-2817
212/202-3827 (fax)
jgoldberg@rosenlegal.com
lheifetz@rosenlegal.com

*Lead Counsel for Plaintiff Julius Pappas and the
Class*

KOBRE & KIM LLP

By: _Jonathan D. Cogan w/p_

    Jonathan D. Cogan
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1206
Jonathan.cogan@kobrekim.com

*Counsel for Defendant Gregg Smith*

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

By: _Scott D. Musoff w/p_

    Scott D. Musoff
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Scott.musoff@skadden.com

2

*Counsel for Defendant Michael Nowak*

JENNER & BLOCK LLP

By: _____ w/p
    Anthony S. Barkow
1155 6th Avenue New York, New York  10036
Telephone: (212) 891-1600
abarkow@jenner.com

*Counsel for Defendant Christian Trunz*

SO ORDERED on _____, 2024.

_____
THE HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE