UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x
In re JPMORGAN CHASE & CO.            :  Master File No. 1:20-cv-05124-ENV-RML
SECURITIES LITIGATION                 :
                                      :
--------------------------------------- :
                                      :
This Document Relates To:             :
                                      :
    ALL ACTIONS.                     :
                                      :
---------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER
## REGARDING DISMISSAL

WHEREAS, on December 18, 2023, the Court issued a Memorandum and Order granting Defendants' motions to dismiss the amended complaint in the above-captioned action, in part with prejudice and in part without prejudice, with leave to file an amended complaint within 30 days of the entry of the Memorandum and Order;

WHEREAS, no Judgment has been entered by the Court;

WHEREAS, no party contends that any other party has failed to comply with Rule 11(b) of the Federal Rules of Civil Procedure; and

WHEREAS, counsel for the parties have met and conferred and determined that it is in all parties' best interests to resolve this matter without further litigation, including without a further amended complaint or any appeal;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, that:

1.    The above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2.    The parties shall bear their own attorneys' fees, costs and expenses in connection with the above-captioned action.

Dated: January 25, 2024

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>By: /s/ Samuel H. Rudman<br>    Samuel H. Rudman<br>    David A. Rosenfeld<br>    Michael G. Capeci<br>58 South Service Road, Suite 200<br>Melville, New York 11747<br>Telephone: (631) 367-7100<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>mcapeci@rgrdlaw.com<br><br>*Lead Counsel for Plaintiffs City of Ann Arbor Employees' Retirement System and Michiana Area Electrical Workers' Pension Fund and the Class* | SULLIVAN & CROMWELL LLP<br><br>By: /s/ Robert A. Sacks w/p<br>    Robert A. Sacks<br>    Amanda F. Davidoff<br>    Jonathan S. Carter<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>sacksr@sullcrom.com<br>davidoffa@sullcrom.com<br>carterjo@sullcrom.com<br><br>*Counsel for Defendants JPMorgan Chase & Co., James Dimon and Marianne Lake* |
| THE ROSEN LAW FIRM, P.A.<br><br>By: /s/ Jacob A. Goldberg w/p<br>    Jacob A. Goldberg<br>    Leah Heifetz-Li<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: 215/600-2817<br>212/202-3827 (fax)<br>jgoldberg@rosenlegal.com<br>lheifetz@rosenlegal.com<br><br>*Lead Counsel for Plaintiff Julius Pappas and the Class* | KOBRE & KIM LLP<br><br>By: /s/ Jonathan D. Cogan w/p<br>    Jonathan D. Cogan<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1206<br>Jonathan.cogan@kobrekim.com<br><br>*Counsel for Defendant Gregg Smith* |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ Scott D. Musoff w/p<br>    Scott D. Musoff<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Scott.musoff@skadden.com |

2

*Counsel for Defendant Michael Nowak*

JENNER & BLOCK LLP

By: /s/ Anthony S. Barkow
    Anthony S. Barkow
1155 6th Avenue New York, New York 10036
Telephone: (212) 891-1600
abarkow@jenner.com

*Counsel for Defendant Christian Trunz*

SO ORDERED on January 26, 2024.

/s/ Eric N. Vitaliano
_____
THE HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to close this case.

3